■ The People of the State of New York, Respondent, v Jevar Q. Sturridge, Appellant. [37 NYS3d 719]—Appeal from a judgment of the County Court of Cortland County (Campbell, J.), rendered July 3, 2014, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

In satisfaction of two indictments charging multiple drug crimes, defendant pleaded guilty to one count of criminal sale of a controlled substance in the third degree and waived his right to appeal. Consistent with the plea agreement, County Court sentenced him to four years in prison with two years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant upon the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. The judgment is thus affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

McCarthy, J.P., Garry, Rose, Clark and Mulvey, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.